## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

     Plaintiff,                           Civil Action No. 23-cv-11010
                                           Honorable Judith E. Levy

v.

**MICHIGAN CIVIL SERVICE COMMISSION,**
**MICHIGAN DEPARTMENT OF**
**TREASURY,**
**THE STATE OF MICHIGAN'S**
**OFFICE OF STATE EMPLOYER.**

     Defendants.

## ORDER OF DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)

**THIS MATTER** is before the Court on the Parties' "Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2)." (ECF No. 2). The Parties agree that the case captioned *United States v. Michigan Civil Service Commission, et al*., Civil No. 23-cv-11010, has been settled and that the settlement agreement (ECF No. 2-1) fully resolves the claims in the United States' Complaint against all Defendants. In their motion, the Parties request that Civil No. 23-cv-11010 be dismissed with prejudice and that the Court retain jurisdiction to enforce the terms of their settlement agreement. For the reasons stated in the Parties'

Motion, the Court finds that the proposed dismissal is proper under Federal Rule of Civil Procedure 41(a)(2).

**IT IS HEREBY ORDERED:**

1. With the consent of the Parties, this Court shall retain jurisdiction for the purpose of enforcing the terms of the Parties' settlement agreement (ECF No. 2-1) through February 1, 2025. The terms of the settlement agreement are hereby incorporated into this Order.

2. Except as provided for in Paragraph 1, the case captioned *United States v. Michigan Civil Service Commission, et al.*, Civil No. 23-cv-11010, is dismissed with prejudice.

**SO ORDERED.**

Dated: May 2, 2023                                     s/Judith E. Levy
Ann Arbor, Michigan                               JUDITH E. LEVY
                                                                United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 2, 2023.

                                                s/William Barkholz
                                                WILLIAM BARKHOLZ
                                                Case Manager